# Dennis Grossman
## Attorney At Law
### 14 Bond Street (#600)
### Great Neck, New York 11021
### (516) 466-6690

Honorable William H. Pauley III  　　　　　　　　　　　　　　　February 22, 2018
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Tapia-Castrejon v. Sahara East Restaurant Corp. (14CV8080)

Dear Judge Pauley:

　　　My office represents the defendants in this action.  I write in response to Your Honor's Order of Feb. 21, 2018 requiring the parties to indicate whether they consent to proceed before a Magistrate Judge.

　　　Defendants consent to proceed before a Magistrate Judge for the <u>limited purpose</u> of scheduling and presiding over a jury trial in this action.  In light of Your Honor's tight trial schedule, this will relieve Your Honor of the burden of holding a jury trial which should be the only remaining event in this action.

　　　Defendants decline to consent to a magistrate referral for "all purposes", as this may re-open many items already addressed and resolved by Your Honor and may open new or other matters for further pre-trial litigation.  Defendants reserve their rights as to all matters Your Honor has decided in this action but simply do not wish to incur the burden, expense and possible inconsistency of re-litigating them or of further pre-trial litigation.

　　　Thus in the interest of judicial efficiency and judicial consistency, and to prevent judge-shopping, defendants do not consent to an "all-purpose" referral to a Magistrate Judge but only to a magistrate referral for the limited purpose of scheduling and presiding over a jury trial without further pre-trial litigation.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　*DennisGrossman*

　　　　　　　　　　　　　　　　　　　　　　　　Dennis Grossman

cc:  Brandon Sherr, Esq. (by ECF)